**POTTER v. BRETAN**

[340 N.C. 106 (1995)]

DOROTHY L.M. POTTER v.. HERMAN I. BRETAN AND WILLIAM BRETAN

No. 184PA94

(Filed 7 April 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 114 N.C. App. 266, 441 S.E.2d 703 (1994), finding no error in a trial conducted by John, J., at the 15 September 1992 Special Term of Superior Court, Yancey County, from which judgment was entered on 28 December 1992. Heard in the Supreme Court 16 March 1995.

*Lindsay and True, by Stephen P. Lindsay, for plaintiff.*

*Van Winkle, Buck, Wall, Starnes & Davis, P.A., by Michelle Rippon and W. Perry Fisher II, for defendants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.